# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID ANDRE KEYS,

    Plaintiff,

v.                                                    Case No: 8:24-cv-1615-JSM-CPT

EQUIFAX INFORMATION SERVICES
LLC and ALLIANCE AUTO, LLC,

    Defendants.

_____

## ORDER

The Court has been advised via a Notice of Settlement as to Equifax Information Services LLC (Dkt. 10) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax Information Services LLC and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax Information Services LLC. The Clerk is directed to terminate Equifax Information Services LLC from the file.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of August, 2024.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record